IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JOSE ADRIAN GOMEZ,<br><br>            Plaintiff,<br><br><br>v.<br><br><br>SALT LAKE CITY SCHOOL DISTRICT;<br>MIKEL BIRCH; LOGAN HALL; TRAVIS<br>OLSEN; KRISTINA KINDL; RONNIE<br>JOHNSON; SAM MILLS; and COLLEEN<br>RANDAL,<br><br>            Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br><br>Case No. 2:26-cv-00473-TC-DBP<br><br>Judge Tena Campbell<br>Magistrate Judge Dustin B. Pead |

On June 22, 2026, United States Magistrate Judge Dustin B. Pead issued a Report & Recommendation (R&R) recommending that the court deny Plaintiff Jose Adrian Gomez's motion to proceed in forma pauperis.  The parties were given fourteen days to file objections to the R&R.  Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and agrees that Mr. Gomez has failed to demonstrate that he is unable to pay the filing fee.  Accordingly, the court adopts the R&R (ECF No. 6) in its entirety.  Mr. Gomez must pay the full filing fee within 14 days of this order or the court will dismiss this action without prejudice.

## ORDER

1.     The court ADOPTS the Report and Recommendation issued by Magistrate Judge Dustin B. Pead.  (ECF No. 6.)

2.      The court DENIES the Plaintiff's motion to proceed in forma pauperis.  (ECF No. 3.)

3.      The Plaintiff must pay the full filing fee within 14 days from the date of this order.  Failure to pay the filing fee will result in this case being dismissed without prejudice.

DATED this 7th day of July, 2026.

BY THE COURT:

Tena Campbell
United States District Judge